```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 19-10920-jkf
Daniel T. Jones                                                     Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0313-2         User: JEGilmore            Page 1 of 2         Date Rcvd: Jul 10, 2019
                             Form ID: pdf900            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db            +Daniel T. Jones,    502 Urban Avenue,    Glenolden, PA 19036-2429
14275870       CEP AMERICA LLC,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,    KNOXVILLE,TN 37950-0250
14282911      +Cenlar as servicer for loanDepot.com, LLC,    c/o Kevin G. McDopnald, Esquire,
                KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14273496      +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
14273494      +Loan Depot,    P.O. Box 77404,    Ewing, NJ 08628-6404
14311064      +loanDepot.com, LLC,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 11 2019 03:19:43     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2019 03:19:32     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2019 03:27:00     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14279439       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2019 03:25:51
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14273500      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2019 03:25:49     Capital One Bank,
                P.O. Box 30281,    Salt Lake City, UT 84130-0281
14273497      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 11 2019 03:26:26     Credit One Bank,
                P.O. Box 98872,    Las Vegas, NV 89193-8872
14273498      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2019 03:27:03     LVNV Funding LLC,
                P.O. Box 1269,    Greenville, SC 29602-1269
14301389      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2019 03:25:51     LVNV Funding LLC,
                c/o Resurgent Capital Services,    P O Box 10587,    Greenville, SC 29603-0587
14278475      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2019 03:19:22     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14273501      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2019 03:19:22     Midland Funding LLC,
                2365 Northside Dr.,    San Diego, CA 92108-2709
14311083       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2019 03:19:16
                Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                Harrisburg PA  17128-0946
14286821      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 11 2019 03:19:28     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14275646       E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2019 03:19:03
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14273499      +E-mail/PDF: cbp@onemainfinancial.com Jul 11 2019 03:26:21     Springleaf Financial Serices,
                519 Baltimore Pike,    Springfield, PA 19064-3811
14273495      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2019 03:25:48     Syncb/PayPalSmartConn,    P.O. Box,
                Orlando, FL 32896-0001
14275471      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2019 03:25:49     Synchrony Bank,
                c/o PRA Receivable Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14273979      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2019 03:25:49     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2              Date Rcvd: Jul 10, 2019
                              Form ID: pdf900           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              MARK A. BERENATO     on behalf of Debtor Daniel T. Jones mark@berenatolawfirm.com
              POLLY A. LANGDON     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :

DANIEL T. JONES

                                    : Chapter 13

    Debtor(s)                       : Bankruptcy No. 19-10920JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: July 10, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Landon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MARK A BERENATO ESQ
P O BOX 167
MENDENHALL PA 19357-

DANIEL T. JONES
502 URBAN AVENUE
GLENOLDEN, PA 19036